2602916

Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| DEBBIE WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>OREGON ONE, INC.,<br><br>    Defendant. | Case No. 1:15-cv-02326-AA<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

DATED: August 2, 2016

TRIGSTED LAW GROUP, P.C.                           COSGRAVE VERGEER KESTER LLP


*/s/Joshua R. Trigsted*                                      */s/Robert E. Sabido*
Joshua R. Trigsted, OSB No. 065316         Robert E. Sabido, OSB No. 964168
Attorneys for Plaintiff                                   Attorneys for Defendant

///

///

///

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

DATED: August 3, 2016

_____
Ann L. Aiken
United States District Court Judge

Page 2 -   **STIPULATED JUDGMENT OF DISMISSAL**

2602916

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019